[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11292
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 7, 2010
JOHN LEY
CLERK

D.C. Docket No. 1:09-cr-00109-MHT-SRW-1

UNITED STATES OF AMERICA

Plaintiff-Appellee,

versus

LEONEL BRAVO-ZAMORA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(December 7, 2010)

Before TJOFLAT, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Benjamin Schoettker, appointed counsel for Leonel Bravo-Zamora, has filed

a motion to withdraw from further representation pursuant to *Anders v. California*,

386 U.S. 738 (1967).  Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bravo-Zamora's conviction and sentence are **AFFIRMED**.